

**NATHANIEL CADE, JR.**
nate@cade-law.com
www.cade-law.com

April 27, 2020

**VIA ECF FILING ONLY**

Hon. Nancy Joseph
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

      Re:    Haynie Smith v. Wisconsin Department of Corrections et al.
                E.D. Wisconsin Case # 19-CV-001

Dear Judge Joseph

    This letter is a follow-up to the Court's (and counsel's) extension of time to allow Plaintiff to file a response to Defendants' motion for summary judgment. Dkt. #25-33.

    Having reviewed the case citations and current state of the law, Plaintiff does not have a valid argument that would defeat Defendants' Eleventh Amendment argument. Therefore, Plaintiff cannot file a response and agrees that summary judgment as to the federal claims asserted is appropriate.

                                    Very truly yours,

                                    **CADE LAW GROUP LLC**

                                    Nathaniel Cade, Jr.

NC:cn

cc:    Rachel Bachhuber, Esq. (via ECF only)

P.O. BOX 170887, MILWAUKEE, WISCONSIN 53217
(414) 255-3802 (o)   (414) 255-3804 (f)
Case 2:19-cv-00001-NJ   Filed 04/27/20   Page 1 of 1   Document 36